IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHERI L. HASTINGS,

      Appellant,

 v.

Case No.  5D22-1138
LT Case Nos. 2019-CF-2037-AXMX
                  2020-CF-313-AXMX
                  2020-CF-314-AXMX
                  2020-CF-315-AXMX
                  2020-CF-316-AXMX

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed February 7, 2023

Appeal from the Circuit Court
for Hernando County,
Daniel B. Merritt, Jr., Judge.

Matthew J. Metz, Public Defender,
and Ryan Belanger, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.


EVANDER, EDWARDS and HARRIS, JJ., concur.